# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAURICE M. JOHNSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1125-SLP |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **O R D E R**

Petitioner has submitted a filing which he refers to as a Motion and makes reference to Rule 56 of the Federal Rules of Civil Procedure and a "Preliminary Injunction." *See* [Doc. No. 1]. Upon receipt, the Clerk of Court opened a civil case and identified the "Nature of the Suit" as habeas corpus. Petitioner is attempting to challenge his conviction and sentence in Case No. CR-14-342-SLP, which he is currently serving in the custody of the United States Bureau of Prisons. Petitioner requests his release from custody. Petitioner claims the statute which serves as the basis for his conviction, 18 U.S.C. § 1591(b)(2), is unconstitutional.

Typically a challenge to a federal prisoner's conviction and sentence must be made pursuant to 28 U.S.C. § 2255. *See, e.g., Nunley v. Goldey*, No. 23-6164, 2024 WL 2014307 at *2 (10th Cir. May 7, 2024) ("A § 2255 motion is ordinarily the only means to challenge the validity of a federal conviction following the conclusion of direct appeal.") (cleaned up). A review of the record in Case No. CR-14-342-SLP shows that Petitioner has never filed a motion pursuant to 28 U.S.C. § 2255.

Accordingly, the Court directs the Clerk of Court to provide Petitioner with a form § 2255 motion. The Court grants Petitioner twenty-one days, or until November 4, 2025, to submit a § 2255 motion, or to clarify the statutory and/or jurisdictional basis upon which he seeks his release from custody. Petitioner is cautioned that his failure to do so may result in the dismissal of this case.

IT IS THEREFORE ORDERED that the Clerk of Court shall provide Petitioner with a form § 2255 motion.

IT IS FURTHER ORDERED that Petitioner shall submit a § 2255 motion or, alternatively, clarify the statutory and/or jurisdictional basis upon which he seeks release from custody on or before November 4, 2025.

IT IS SO ORDERED this 14th day of October, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE